UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN CONNOR<br>1324 River Overlook Road<br>Front Royal, Virginia 22630<br><br>　　　　Plaintiff<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE<br><br>SERVE:<br>The Honorable Eric Holder<br>Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>Ronald C. Machen Jr.<br>U.S. Attorney for the District of Columbia<br>Judiciary Center<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530<br><br>Thomas Marshall, General Counsel<br>USPS General Counsel's Office<br>Law Department<br>475 L'Enfant Plaza, S.W.<br>Washington, D.C. 20260<br><br>　　　　Defendant | :<br>:<br>:<br>:<br>:<br>: Civil Action No.:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## COMPLAINT

### JURISDICTION AND VENUE

1. Jurisdiction of this Court over Defendant United States Postal Service is invoked pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346(b) and §§ 2671, *et seq* and 39 U.S.C. § 409.

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

2. Plaintiff Kevin Connor is a resident of Virginia.

3. The cause of this action arose in the District of Columbia, thus venue properly lies with this Court pursuant to 28 U.S.C. § 1402(b).

## FACTS

4. On April 18, 2013, a Standard Form 95 claim was filed on behalf of the plaintiff with the Office of General Counsel pursuant to 28 U.S.C. § 2675(a).

5. On May 2, 2013, the government acknowledged receipt of said claim. The claim was received on April 23, 2013. Plaintiff has elected to commence this action pursuant to 28 U.S.C. § 2675(a).

6. Form 95 listed damages in the amount of $2,000,000.

7. Kevin Connor was a passenger in an ambulance operating with its lights and sirens on traveling on 11th Street NW in Washington, D.C.

8. As the ambulance went through the intersection of 11th and P Street NW, it was struck by a United States Postal Service truck.

9. The USPS truck ran a red light and failed to yield a right of way to an emergency vehicle.

3. The USPS truck struck the ambulance on the right hand side where Kevin Connor was sitting.

4. The employee driving the USPS truck was John Perry Scott.

5. Mr. Scott was operating the USPS truck with the consent of USPS.

6. Mr. Scott was operating the USPS truck within the scope of his employment.

10. Mr. Connor received injuries to his neck, back, abdomen, and right leg.

## COUNT 1

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500

11. Plaintiff incorporates by reference paragraphs all other paragraphs of the Complaint, and further alleges that under the doctrine of *Respondeat Superior*, Defendant USPS is liable for the negligent actions of its employee.

12. The collision and resulting injuries of Plaintiff Kevin Connor were the direct and proximate result of the negligence of Defendant USPS, whose negligent acts/omissions include, but are not limited to, the following:

    a. failure to yield the right of way;

    b. failure to keep a proper lookout;

    c. failure to pay full time and attention;

    d. failure to avoid the collision;

    e. failure to yield the right of way to an emergency vehicle;

    f. failure to stop at a red light;

    g. failure to operate said automobile in a reasonable, careful, and prudent manner;

    h. failure to timely apply brakes; and

    i. failure to adhere to applicable District of Columbia traffic and motor vehicle regulations then and there in effect.

13. The aforesaid negligence was a direct and proximate cause of the collision between Defendant USPS's vehicle and the damages suffered by Plaintiff.

14. As a direct and proximate result of the negligence of Defendant USPS in causing the collision, Plaintiff suffered severe and permanent physical injuries. Some or all of these injuries are permanent in nature.

15. As a further proximate result of the negligence of Defendant USPS in causing the collision, Plaintiff has suffered and will continue to suffer much physical pain and mental

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006
(202) 659-5500

anguish; permanent disability; has incurred medical expenses and will continue to incur medical expenses for medical and hospital care in connection with the incident; has incurred lost wages; and has suffered and will continue to suffer the mental and physical pain and suffering and emotional distress associated with all of the above.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully demands judgment against Defendant USPS in the full and just amount of $2,000,000 plus costs and interest.

Respectfully submitted,

KOONZ, MCKENNEY, JOHNSON,
    DEPAOLIS & LIGHTFOOT, LLP

*/s/ William P. Lightfoot*

| | |
|---|---|
| William P. Lightfoot | #313593 |
| Paulette E. Chapman | #416437 |
| Kelly J. Fisher | #488431 |

2001 Pennsylvania Avenue, N.W., Suite 450
Washington, D.C. 20006
(202) 659-5500
(202) 785-3719 facsimile
wlightfoot@koonz.com

LAW OFFICES
KOONZ, MCKENNEY,
JOHNSON, DEPAOLIS
& LIGHTFOOT
JAMES MONROE BUILDING
2001 PENNSYLVANIA AVE., N.W.
SUITE 450
WASHINGTON, D.C. 20006

(202) 659-5500